# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL ELBERY,<br>    Plaintiff(s)<br><br>    v.<br><br>BECKET WOODS ROAD AND<br>MAINTENANCE DISTRICT, ET AL.,<br>    Defendant(s) | )<br>)<br>)<br>)   CIVIL ACTION NO. 3:09-cv-30076-MAP<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants' Becket Woods Road and Maintenance District, et al., against the plaintiff Michael Elbery, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                                    **SARAH A. THORNTON**,
                                      CLERK OF COURT

Dated: July 29, 2010                      By /s/ *Maurice G. Lindsay*
                                                Maurice G. Lindsay
                                               Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                   [jgm.]